IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGER PIPELINE LLC,<br><br>Defendant. | CV 22-43-BLG-SPW<br><br><br>ORDER |

Defendant Bridger Pipeline LLC, through its attorney, moves for the admission of Colin G. Harris to practice before the Court in the above captioned matter with Jeffery J. Oven of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

**IT IS SO ORDERED** that Defendant Bridger Pipeline LLC's motion to admit Colin G. Harris to appear *pro hac vice* (Doc. 11) is **GRANTED** and he is authorized to appear as counsel with Jeffery J. Oven pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 31st day of May, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1