IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
Billings Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGER PIPELINE LLC,<br><br>Defendant. | Case No. 1:22-cv-00043-BLG-SPW<br><br>**ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

This matter is before the Court on the Joint Motion for Briefing Schedule on Defendant's Motion to Dismiss. (Doc. 20). Having reviewed the Motion, and good cause appearing therefore, the Court hereby orders as follows:

1. The Motion is GRANTED.

2. The Parties shall adhere to the following briefing schedule, which may be modified by stipulation of the Parties, or upon a showing of good cause, either of which will require the Court's approval:

| | |
|---|---|
| Defendant's Motion to Dismiss: | July 8, 2022 |
| Plaintiff's Opposition to Motion to Dismiss: | July 29, 2022 |
| Defendant's Reply: | August 12, 2022 |

DATED this 15th day of June, 2022.

1

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge