# EXHIBIT 3

# CENTRAL STATES UNDERWATER CONTRACTING, INC.



**22103 FM 2100 RD
Crosby, Texas 77532
P.  281.324.9700   |   F.  281.324.5342**

*SINCE 1975*

**www.csugulfcoast.com**

US_RFA000029

# Prepared by Central States Underwater Contracting, Inc.

## Depth of Cover Survey and Inspection

### For

### Bridger Pipeline



**Yellowstone River**
**12" Line**
**Dawson County, MT**

**SCOPE OF SERVICES:**
Depth of Cover Underwater Pipeline Crossing Survey and Inspection

**DATE OF INSPECTION:**
April 18, 2012

US_RFA000030

# Depth of Cover Survey and Inspection

## SUMMARY SHEET

Date: 04/18/2012
Company Name: Bridger Pipeline
Name of Body of Water: Yellowstone River

Crossing/ NAD 83/ Meters
LATITUDE:    47.032617
LONGITUDE: -104.771558
ELEVATION:  2082 ft.

**PIPELINE DESIGNATION:**

    Nominal Line Size(s):  12" Line
    Line Number:

**LOCATION:**

    County:  Dawson
    City:  Glendive
    State:  MT
    St/Route No. for Access:  Hwy 94
    Name and Location of Nearest Boat Ramp:  Hand Launched Small Vessel
    Distance from Ramp to Crossing:  N/A

**SURVEY INFORMATION:**

    Survey Crew Chief Name:  Chris French
    Principle Diver's Name:  Tyler Ayers
    Company Inspector Name:  Gary Quinn
    Current Velocity:  3 Knot(s)    Direction: East
    Width of Waterway:  503'    Bottom Composition: Sand & Rock
    Bank Condition:  Both Banks have Erosion due to Flooding
    Maximum Water Depth at Time of Survey:  15'
    RTK Base Location:  Centerline North Bank
    Benchmark Locations:  BM #1 Pipeline Marker North Bank
    Locator Connection:  Test Lead Station on North Bank
    Minimum Depth of Cover at time of Survey:  7.9'

**SURVEY FINDINGS:**

    Pipeline Marker Signs Found    No _____    Yes __X__
    Exposed Pipe Found    No __X__    Yes _____
    Coating Damage    No __X__    Yes _____
    Pipe Damage    No __X__    Yes _____
    Debris on or Near Pipeline    No __X__    Yes _____





US_RFA000031

# Yellowstone River, Bridger Pipeline
## 12" Line, Dawson County, MT
### April 18, 2012

North Bank Looking Upstream



North Bank Looking Downstream



North Bank Looking to South Bank





US_RFA000032

