# EXHIBIT 4

# CENTRAL STATES UNDERWATER CONTRACTING, INC.



**22103 FM 2100 RD**
**Crosby, Texas 77532**
**P.  281.324.9700   |   F.  281.324.5342**

*SINCE 1975*

**www.csugulfcoast.com**

US_RFA000001

# Prepared by Central States Underwater Contracting, Inc.

## Depth of Cover Survey and Inspection

### For

### Bridger Pipeline



**Yellow Stone River**
**12" Line**
**Dawson County, MT**

**SCOPE OF SERVICES:**
Depth of Cover Underwater Pipeline Crossing Survey and Inspection

**DATE OF INSPECTION:**
September 17, 2011

US_RFA000002

EXHIBIT A TO U.S. FIRST SET OF RFAs TO DEFENDANT BRIDGER PIPELINE LLC

# Depth of Cover Survey and Inspection

## SUMMARY SHEET

Date: 09/17/2011
Company Name: Bridger Pipeline
Name of Body of Water: Yellow Stone River

| Crossing/ NAD 83/ Meters |
|---|
| LATITUDE: 47.032617 |
| LONGITUDE: -104.771558 |
| ELEVATION: 2082 ft. |

**PIPELINE DESIGNATION:**

    Nominal Line Size(s): 12" Line
    Line Number:

**LOCATION:**

    County: Dawson
    City: Glendive
    State: MT
    St/Route No. for Access: Hwy 94
    Name and Location of Nearest Boat Ramp: Hand Launched Small Vessell
    Distance from Ramp to Crossing: N/A

**SURVEY INFORMATION:**

    Survey Crew Chief Name: Chris French
    Principle Diver's Name: Tyler Ayers
    Company Inspector Name: Gary Quinn
    Current Velocity: 3 Knot(s)    Direction: East
    Bottom Composition: Sand/Rock
    Width of Waterway: 503'
    Bank Condition: Both Banks are stable
    Maximum Water Depth at Time of Survey: 15'
    RTK Base Location: CL North Bank
    Benchmark Locations: BM #1 PLM North Bank
    Locator Connection: Test lead station on North Bank
    Minimum Depth of Cover at time of Survey: 7.9'

**SURVEY FINDINGS:**

| | No | Yes |
|---|---|---|
| Pipeline Marker Signs Found | | X |
| Exposed Pipe Found | X | |
| Coating Damage | X | |
| Pipe Damage | X | |
| Debris on or Near Pipeline | X | |

NOTES: This pipeline has 1'06" cover in channel




US_RFA000003

# Yellow Stone River, Bridger Pipeline
## 12" Line, Dawson County, MT
### September 17, 2011

North Bank Looking Upstream



North Bank Looking Downstream



North Bank Looking to South Bank






US_RFA000004

