IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGER PIPELINE LLC,<br><br>Defendant. | Case No. 1:22-CV-43-SPW<br><br>**ORDER STAYING CASE** |

After a telephonic conversation with the parties and the understanding that settlement discussions are ongoing to resolve this matter, IT IS HEREBY ORDERED that this matter shall be STAYED for 90 days, after which time, if no stipulation of dismissal has been filed, the parties shall update the Court of the status of the case.

Dated this 3rd day of October, 2022.

_____
SUSAN P. WATTERS
United States District Judge