IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGER PIPELINE LLC.<br><br>Defendant. | CV 22-43-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Status Report and Joint Motion to Extend Stay (Doc. 49), and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. This matter is **STAYED** until the earlier of (a) the filing of a stipulation of dismissal of this action, or (b) the submission by the parties of a joint report advising the Court that the Proposed Decree has not been approved by the district court in the North Dakota case. In the event that the Proposed Decree is not approved by the district court in the North Dakota case, the parties shall update the Court on the status of this case.

DATED this 31st day of July, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1